# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **RANDALL B. DOWDY**, <br><br> Plaintiff, <br><br> v. <br><br> **SABAL TRAIL TRANSMISSION, LLC and TROY CONSTRUCTION, LLC**, <br><br> Defendants. | Civil Action No. 7:21-CV-117-HL |

## ORDER

Upon review of the parties' Consent Motion for Dismissal with Prejudice, and good cause having therefor been shown, it is hereby **ORDERED, ADJUDGED, and DECREED** that the above-styled civil action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.

**SO ORDERED** this 1st day of March, 2022.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**