IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RANDALL B. DOWDY,                         *

               Plaintiff,         *

v.                                              Case No. 7:21-CV-117(HL)

                                         *

SABAL TRAIL TRANSMISSION, LLC and
TROY CONSTRUCTION, LLC,                   *

              Defendants.        *

_____

## **J U D G M E N T**

      Pursuant to this Court's Order dated March 1, 2022, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

      This 1st day of March, 2022.

                              David W. Bunt, Clerk


                              s/ S. B. DeCesare, Deputy Clerk